**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                            Case No: 09–36068 – DDO
Valerie A Lonetti
Debtor(s)                                                         Chapter 7 Case

**ORDER ON PARTIAL CASE FILING**

The petition commencing this case was filed on August 31, 2009 . However, the following documents have not been filed and /or outdated forms were used:

☐ **You have filed out–dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**

☐ Voluntary petition (Form 1 as revised 01/08)
☐ Exhibit D (as revised 12/1/08)
☐ Summary of schedules and statistical summary of certain liabilities (Form 6 as revised 12/07)
☐ Schedules A–J (Form 6A – 6J as revised 12/07)
☐ Declaration concerning debtor's schedules (Form 6 as revised 12/07)
☐ Statement of financial affairs (Form 7 as revised 12/07)
☐ Ch 7 individual debtor's statement of intention (Form 8 as revised 12/1/08)
☐ Statement of compensation by attorney for debtor (Local Form 1007–1)
☐ Ch 7 statement of current monthly income and means test–calculation (Form 22A as revised 12/19/08)
☐ Certificate of intent to cure rent and rent deposit
☐ Signature declaration
☐ Certificate of credit counseling
☐ Notice to Consumer Debtor(s) under section 342(b) (Form B201)
☑ Payment advices cover sheet and Debtor's income records
   Income Records Needed For 60–Day Period Immediately Preceding Filing

Details:

IT IS THEREFORE ORDERED:

1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than September 15, 2009
2. If these documents are not filed on or before such date or such date as the court may fix by order extending the time for such filing, and if the court has not entered an order to extend the time for such filing on application served on the trustee and the United States Trustee, an order dismissing this case shall be entered immediately, without a hearing, without further notice, and without notice to creditors, except as provided in paragraph 3 of this order.
3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.
4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**
5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 9/1/09                               <u>Dennis D O'Brien</u>
                                                  United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 1, 2009
Lori Vosejpka, Clerk, United States Bankruptcy Court,  By: Kristin, Deputy Clerk

Case 09-36068    Doc 5    Filed 09/01/09    Entered 09/01/09 08:47:11    Desc Order on partial - 7 individua    Page 2 of 2

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 1, 2009
Lori Vosejpka, Clerk, United States Bankruptcy Court,  By: Kristin, Deputy Clerk