UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Valerie A Lonetti                                  Case No. 09-36068

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[X] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

[ ] Debtor was not employed during the 60 days preceding the filing of the petition;

[ ] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

[ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

[ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

[ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: /s/ Valerie A Lonetti    Date: 9-2-09

***

[ ] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

[ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

[ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

[ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

[ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

[ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____    Date: _____

View Paystub    Case 09-36068   Doc 6   Filed 09/02/09   Entered 09/02/09 13:15:29   Desc Main    8/17/09 8:35 PM
Document   Page 2 of 6

New Window | Help

## View Paystub
**Valerie A Lonetti**

State of Minnesota

View Leave Balance    View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| E26T012 | 06/23/2009 | 07/02/2009 |

| Status | Allowance | Addl Percent | Addl Amount | State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|---|---|---|---|
| S | 3 | 0.000 | 0.00 | MN | Y | S | 2 | 0.000 | 0.00 |

| | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 306.00 | 306.00 | 306.00 | 306.00 | 23.40 | | 282.60 |

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular | | | | | 306.00 |
| Total: | | | | | 306.00 |

| Description | Resident | Taxable Gross | Amount |
|---|---|---|---|
| Fed Withholdng | | 306.00 | |
| Fed MED/EE | | 306.00 | 4.43 |
| Fed OASDI/EE | | 306.00 | 18.97 |
| MN Withholdng | Y | 306.00 | |
| Total: | | | 23.40 |

| Description | Amount | Description | Amount | Description | Amount |
|---|---|---|---|---|---|
| | | | | Fed MED | 4.43 |
| | | | | Fed OASDI | 18.97 |
| Total: | | Total: | | Total: | 23.40 |

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit | | Checking | 291070001 | 282.60 |

Earning Description    Deduction Description

View Paystub  Case 09-36068   Doc 6   Filed 09/02/09   Entered 09/02/09 13:15:29   Desc Main  8/17/09 8:35 PM
Document   Page 3 of 6

New Window | Help

## View Paystub
**Valerie A Lonetti**

**State of Minnesota**

View Leave Balance          View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| E26T012 | 07/07/2009 | 07/17/2009 |

| Status | Allowance | Addl Percent | Addl Amount | State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|---|---|---|---|
| S | 3 | 0.000 | 0.00 | MN | Y | S | 2 | 0.000 | 0.00 |

|  | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 255.00 | 255.00 | 255.00 | 255.00 | 19.51 |  | 235.49 |

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular |  |  |  |  | 255.00 |
| Total: |  |  |  |  | 255.00 |

| Description | Resident | Taxable Gross | Amount |
|---|---|---|---|
| Fed Withholdng |  | 255.00 |  |
| Fed MED/EE |  | 255.00 | 3.70 |
| Fed OASDI/EE |  | 255.00 | 15.81 |
| MN Withholdng | Y | 255.00 |  |
| Total: |  |  | 19.51 |

| Description | Amount | Description | Amount | Description | Amount |
|---|---|---|---|---|---|
|  |  |  |  | Fed MED | 3.70 |
|  |  |  |  | Fed OASDI | 15.81 |
| Total: |  | Total: |  | Total: | 19.51 |

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit |  | Checking | 291070001 | 235.49 |

Earning Description          Deduction Description

## View Paystub
**Valerie A Lonetti**

**State of Minnesota**

View Leave Balance          View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| E26T012 | 07/21/2009 | 07/31/2009 |

| Status | Allowance | Addl Percent | Addl Amount | State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|---|---|---|---|
| S | 3 | 0.000 | 0.00 | MN | Y | S | 2 | 0.000 | 0.00 |

|  | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 289.00 | 289.00 | 289.00 | 289.00 | 22.11 |  | 266.89 |

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Regular |  |  |  |  | 289.00 |
| Total: |  |  |  |  | 289.00 |

| Description | Resident | Taxable Gross | Amount |
|---|---|---|---|
| Fed Withholdng |  | 289.00 |  |
| Fed MED/EE |  | 289.00 | 4.19 |
| Fed OASDI/EE |  | 289.00 | 17.92 |
| MN Withholdng | Y | 289.00 |  |
| Total: |  |  | 22.11 |

| Description | Amount | Description | Amount | Description | Amount |
|---|---|---|---|---|---|
|  |  |  |  | Fed MED | 4.19 |
|  |  |  |  | Fed OASDI | 17.92 |
| Total: |  | Total: |  | Total: | 22.11 |

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit |  | Checking | 291070001 | 266.89 |

Earning Description        Deduction Description

View Paystub  Case 09-36068  Doc 6  Filed 09/02/09  Entered 09/02/09 13:15:29  Desc Main 8/17/09 8:37 PM
Document  Page 5 of 6

New Window | Help

## View Paystub
**Valerie A Lonetti**

**State of Minnesota**

View Leave Balance   View a Different Paycheck

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| E26T012 | 08/04/2009 | 08/14/2009 |

| Status | Allowance | Addl Percent | Addl Amount | State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|---|---|---|---|
| S | 3 | 0.000 | 0.00 | MN | Y | S | 2 | 0.000 | 0.00 |

|  | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 119.00 | 119.00 | 119.00 | 119.00 | 9.11 |  | 109.89 |
| YTD | 3,655.00 | 3,655.00 | 3,655.00 | 3,655.00 | 283.11 |  | 3,371.89 |

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular |  |  |  |  | 119.00 | 3,655.00 |
| Total: |  |  |  |  | 119.00 | 3,655.00 |

| Description | Resident | Taxable Gross | Amount | YTD Amount |
|---|---|---|---|---|
| Fed Withholdng |  | 119.00 |  |  |
| Fed MED/EE |  | 119.00 | 1.73 | 53.00 |
| Fed OASDI/EE |  | 119.00 | 7.38 | 226.61 |
| MN Withholdng | Y | 119.00 |  | 3.50 |
| Total: |  |  | 9.11 | 283.11 |

| Description | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Fed MED | 1.73 | 53.00 |
|  |  |  |  |  |  | Fed OASDI | 7.38 | 226.61 |
| Total: |  |  | Total: |  |  | Total: | 9.11 | 279.61 |

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit |  | Checking | 291070001 | 109.89 |

Earning Description    Deduction Description

View Paystub                                                                    9/1/09 3:26 PM

New Window | Help

## View Paystub
**Valerie A Lonetti**                                              **State of Minnesota**

[View Leave Balance]                          [View a Different Paycheck]

| Department | Pay Period End Date | Paycheck Issue Date |
|---|---|---|
| E2GT012 | 08/18/2009 | 08/28/2009 |

| Status | Allowance | Addl Percent | Addl Amount | State | Resident | Status | Allowance | Addl Percent | Addl Amount |
|---|---|---|---|---|---|---|---|---|---|
| S | 3 | 0.000 | 0.00 | MN | Y | S | 2 | 0.000 | 0.00 |

|  | Total Gross | Federal Gross | FICA Gross | Medicare Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 238.00 | 238.00 | 238.00 | 238.00 | 18.21 |  | 219.79 |
| YTD | 3,893.00 | 3,893.00 | 3,893.00 | 3,893.00 | 301.32 |  | 3,591.68 |

| Description | Prior Period Begin Date | Prior Period End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Regular |  |  |  |  | 238.00 | 3,893.00 |
| Total: |  |  |  |  | 238.00 | 3,893.00 |

| Description | Resident | Taxable Gross | Amount | YTD Amount |
|---|---|---|---|---|
| Fed Withholding |  | 238.00 |  |  |
| Fed MED/EE |  | 238.00 | 3.45 | 56.45 |
| Fed OASDI/EE |  | 238.00 | 14.76 | 241.37 |
| MN Withholding | Y | 238.00 |  | 3.50 |
| Total: |  |  | 18.21 | 301.32 |

| Description | Amount | YTD Amount | Description | Amount | YTD Amount | Description | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Fed MED | 3.45 | 56.45 |
|  |  |  |  |  |  | Fed OASDI | 14.76 | 241.37 |
| Total: |  |  | Total: |  |  | Total: | 18.21 | 297.82 |

| Payment Type | Paycheck Number | Account Type | Financial Institution | Amount |
|---|---|---|---|---|
| Direct Deposit |  | Checking | 291070001 | 219.79 |

[Earning Description]    [Deduction Description]